IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SUSAN MARIE HUNTER,
next friend of minor children,
C.H.T. and A.M.T.,

    Plaintiff,

v.                                         Case No. 1:17cv264-MW/CAS

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security Administration,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 24, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 26, along with Plaintiff's Demand for Discovery of Accounting, ECF No. 27. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Motion to Dismiss, ECF No. 16, is **GRANTED** and the Amended Complaint, ECF No. 5, is **DISMISSED**. Plaintiff's Notice of Default, ECF No. 20,

1

and her Demand for Discovery of Accounting, ECF No. 27, are **stricken**." The Clerk shall close the file.

      **SO ORDERED on March 29, 2018.**

                                  <u>**s/Mark E. Walker**</u>
                                  **United States District Judge**